# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>v.<br><br>LOUIS REY PEREZ, JR,<br><br>                    Defendant. | Case No. 20-CR-185-6-JPS<br><br>**ORDER** |

On October 6, 2020, the grand jury returned a single-count indictment as to Defendant Louis Rey Perez, Jr, ("Defendant") in a multi-defendant case, charging him with violations of 21 U.S.C §§ 841(a)(1), (b)(1)(A), 846, and 18 U.S.C. §2. ECF No. 107.

On August 22, 2022, the Government filed a single-count Information charging Defendant with violations of 21 U.S.C. §§ 841(a)(1), (b)(1)(B) and 846, and 18 U.S.C. § 2(a), and specifying the "amount involved in the conspiracy attributable to the defendant . . . ." ECF No. 702. That same day, the parties entered into a plea agreement as to Count 1 of the Information. ECF No. 703. Defendant voluntarily agreed to waive prosecution by Indictment in open court. ECF No. 707.

The parties appeared before Magistrate Judge Nancy Joseph on September 6, 2022 to conduct a plea colloquy pursuant to Federal Rule of Criminal Procedure 11. ECF No. 706. Defendant entered a plea of guilty as to the count in the Information. ECF Nos. 706, 708. After cautioning and examining Defendant under oath concerning each of the subjects mentioned in Rule 11, Magistrate Judge Joseph determined that the guilty plea was knowing and voluntary, and that the offenses charged were

supported by an independent factual basis containing each of the essential elements of the offenses. ECF No. 706.

Magistrate Judge Joseph filed a Report and Recommendation with this Court, recommending that: (1) Defendant's plea of guilty be accepted; (2) a presentence investigation report be prepared; and (3) Defendant be adjudicated guilty and have a sentence imposed accordingly. ECF No. 708. Pursuant to General Local Rule 72(c), 28 U.S.C. § 636(b)(1)(B), and Federal Rule of Criminal Procedure 59(b), the parties were advised that written objections to that recommendation, or any part thereof, could be filed within fourteen days of the date of service of the recommendation. *Id.* at 2. To date, no party has filed such an objection. The Court has considered Magistrate Judge Joseph's recommendation and, having received no objection thereto, will adopt it.

Accordingly,

**IT IS ORDERED** that Magistrate Judge Nancy Joseph's Report and Recommendation, ECF No. 708, be and the same is hereby **ADOPTED**.

Dated at Milwaukee, Wisconsin, this 14th day of October, 2022.

BY THE COURT:

_____
J. P. Stadtmueller
U.S. District Judge